UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNQORK INC., :
:
                Plaintiff, :
: 22-mc-00251 (LJL)
    -v- :
: ORDER
ANIMO SERVICES LLC d/b/a GLORIFI, :
:
                Defendant. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of Plaintiff's motion to open a new civil case and to file a partially redacted complaint.  Dkt. No. 1.  The request is GRANTED IN PART and DENIED IN PART.  Plaintiff may file a partially redacted complaint with its proposed redactions shown in Dkt. No. 4, with the exception that Plaintiff may not make the proposed redactions to paragraphs 1, 18, 19, 25, 67, 68, 109, and 112, the Prayer for Relief, and any headings in the Complaint.  The Court enters this order without prejudice to reconsideration by the district court judge assigned to the matter.

      SO ORDERED.

Dated: September 8, 2022
       New York, New York
                                      LEWIS J. LIMAN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/08/2022